ADRIENNE C. PUBLICOVER (State Bar No. 161432)
CHARAN M. HIGBEE (State Bar No. 148293)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Defendants
CIGNA CORPORATION; CONNECTICUT
GENERAL LIFE INSURANCE COMPANY;
and ALLTEL TELEPHONE SERVICES LONG
TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ILENE P. KING, | Case No.: C06-07025 CW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | **[Local Rule 6-1]** |
| CIGNA CORPORATION; CONNECTICUT GENERAL LIFE INSURANCE COMPANY; ALLTEL TELEPHONE SERVICES LONG TERM DISABILITY PLAN, | |
| Defendants. | Judge :   Honorable Claudia Wilken<br>Courtroom:  2<br>Floor:   4 |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, by and between the parties to this action, through their attorneys of record, that the defendants herein and each of them shall

---

1
**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE
RESPOND TO PLAINTIFF'S COMPLAINT [Local Rule 6-1]**
USDC NDCA Case #C06-07025 CW
265806.1

1  have an extension until, and including, March 16, 2007 to answer or otherwise respond to plaintiff
2  Ilene P. King's Complaint filed in this action.
3      This extension will not alter the date of any event or any deadline already fixed by Court
4  order.

Date: February 15, 2007        WILSON, ELSER, MOSKOWITZ,
                                    EDELMAN & DICKER LLP

By:    */s/ Charan M. Higbee*
     ADRIENNE C. PUBLICOVER
     CHARAN M. HIGBEE
     Attorneys for Defendants
     CIGNA CORPORATION; CONNECTICUT
     GENERAL LIFE INSURANCE COMPANY;
     ALLTEL TELEPHONE SERVICES LONG TERM
     DISABILITY PLAN

Date: February_____, 2007        BAUM & WEEMS

By:_____
     JULIAN M. BAUM
     ROBERT C. WEEMS
     Attorneys for Plaintiff
     ILENE P. KING

**IT IS SO ORDERED.**

   **2/20/07**
Date:_____        By:_____
                                        Honorable Claudia Wilken
                                        United States District Judge