ADRIENNE C. PUBLICOVER (State Bar No. 161432)
CHARAN M. HIGBEE (State Bar No. 148293)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Defendants
CIGNA CORPORATION and
CONNECTICUT GENERAL
LIFE INSURANCE COMPANY
and Co-Counsel for Defendant
ALLTEL TELEPHONE SERVICES
LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ILENE P. KING,<br><br>       Plaintiff,<br><br>   v.<br><br>CIGNA CORPORATION;<br>CONNECTICUT GENERAL LIFE<br>INSURANCE COMPANY; ALLTEL<br>TELEPHONE SERVICES LONG TERM<br>DISABILITY PLAN,<br><br>       Defendants. | Case No.: C06-07025 CW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br>**[Local Rule 6-1]**<br><br><br>Judge :   Honorable Claudia Wilken<br>Courtroom:  2<br>Floor:    4 |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, by and between the parties to this action, through their attorneys of record, as follows:

1. Plaintiff and defendant CIGNA Corporation are in the process of meeting and conferring regarding whether defendant CIGNA Corporation is a proper party to this action and whether defendant CIGNA Corporation may be dismissed without prejudice from this action;

1      2.  Defendant CIGNA Corporation's response to plaintiff's Complaint in this action

2  currently is due on March 16, 2007; and

3      3.  For these reasons, defendant CIGNA Corporation shall have an extension until, and

4  including, March 23, 2007 to answer or otherwise respond to plaintiff Ilene P. King's Complaint

5  filed in this action.

6      This extension will not alter the date of any event or any deadline already fixed by Court

7  order, with the exception of the previous extension granted to the defendants to respond to

8  plaintiff's Complaint on or before March 16, 2007.

9

10  Date:  March_____, 2007          WILSON, ELSER, MOSKOWITZ,
                                                      EDELMAN & DICKER LLP

11

12                                  By:_____
                                         ADRIENNE C. PUBLICOVER
13                                       CHARAN M. HIGBEE
                                         Attorneys for Defendants
14                                       CIGNA CORPORATION and CONNECTICUT
                                         GENERAL LIFE INSURANCE COMPANY;
15                                       Co-Counsel for Defendant ALLTEL TELEPHONE
                                         SERVICES LONG TERM DISABILITY PLAN
16

17  Date: March_____, 2007           BAUM & WEEMS

18

19                                  By:_____
                                         JULIAN M. BAUM
20                                       ROBERT C. WEEMS
                                         Attorneys for Plaintiff
21                                       ILENE P. KING

22

23  **IT IS SO ORDERED.**

24         3/20/07
    Date:_____      By:_____
25                                         Honorable Claudia Wilken
                                           United States District Judge
26

27                                              2
         **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE
28                      RESPOND TO PLAINTIFF'S COMPLAINT [Local Rule 6-1]**
    USDC NDCA Case #C06-07025 CW
    270120.1

**CERTIFICATE OF SERVICE**

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT [Local Rule 6-1]**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

➔     : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

| | |
|---|---|
| Julian M. Baum, Esq.<br>Robert C. Weems, Esq.<br>BAUM & WEEMS<br>9 Tenaya Lane<br>Novato, CA  94947<br>Tel:    (415) 892-3152<br>Fax:   (415) 892-3096<br>Emails:        jbaum@ix.netcom.com<br>                    rcweems@comcast.net<br><br>***Attorneys for Plaintiff Ilene P. King*** | George A. Yuhas, Esq.<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105-2669<br>Tel:    (415) 773-5700<br>Fax:   (415) 773-5759<br><br>***Co-Counsel for Defendant Alltel Telephone Services Long Term Disability Plan*** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **March 20, 2007**, at San Francisco, California.

_____
Nancy Li

---

3
**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT [Local Rule 6-1]**
USDC NDCA Case #C06-07025 CW
270120.1