1  ADRIENNE C. PUBLICOVER (State Bar No. 161432)
   CHARAN M. HIGBEE (State Bar No. 148293)
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California 94105
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Defendants
6  CIGNA CORPORATION and
   CONNECTICUT GENERAL
7  LIFE INSURANCE COMPANY
   and Co-Counsel for Defendant
8  ALLTEL TELEPHONE SERVICES
   LONG TERM DISABILITY PLAN
9

**FILED**

MAY 17 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ILENE P. KING, | Case No.: C06-07025 CW |
| Plaintiff, | [PROPOSED] ORDER EXCUSING DEFENDANTS CIGNA CORPORATION AND ALLTEL TELEPHONE SERVICES LONG TERM DISABILITY PLAN FROM PERSONAL ATTENDANCE AT MEDIATION |
| v. | |
| CIGNA CORPORATION; CONNECTICUT GENERAL LIFE INSURANCE COMPANY; ALLTEL TELEPHONE SERVICES LONG TERM DISABILITY PLAN, | |
| Defendants. | |

[PROPOSED] ORDER EXCUSING DEFENDANTS CIGNA CORPORATION AND ALLTEL TELEPHONE
SERVICES LONG TERM DISABILITY PLAN FROM PERSONAL ATTENDANCE AT MEDIATION
USDC NDCA Case #C06-07025 CW
281136.1

1  The Court, having considered the request made by defendants CIGNA Corporation and Alltel Telephone Services Long Term Disability Plan that they be excused from personally attending the court-sponsored mediation in this action, pursuant to ADR Local Rule 6-9(d), and all considerations that support the request, orders as follows:

    1.  Defendants CIGNA Corporation and Alltell Telephone Services Long Term Disability Plan are excused from personally attending the mediation session in this matter, which will take place pursuant to ADR LR-6 and which is currently scheduled for June 6, 2007.

    2.  Defendants CIGNA Corporation and Alltel Telephone Services Long Term Disability Plan shall have a representative available by telephone during the mediation session.

**IT IS SO ORDERED.**

Dated: May __17__, 2007

_____
Magistrate Judge Wayne D. Brazil
U.S. District Court Judge

---

1
[PROPOSED] ORDER EXCUSING DEFENDANTS CIGNA CORPORATION AND ALLTEL TELEPHONE SERVICES LONG TERM DISABILITY PLAN FROM PERSONAL ATTENDANCE AT MEDIATION
USDC NDCA Case #C06-07025 CW
281136.1