GEORGE A. YUHAS (STATE BAR NO. 78678)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    415-773-5700
Facsimile:    415-773-5759

Attorneys for Defendant
ALLTEL TELEPHONE SERVICES LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ILENE P. KING, an individual, | Case No.  C06-07025-CW |
| Plaintiff, | **STIPULATION AND ORDER DISMISSING THIRD CLAIM FOR RELIEF AS AGAINST DEFENDANT ALLTEL TELEPHONE SERVICES LONG TERM DISABILITY PLAN** |
| v. | |
| CIGNA CORPORATION; CONNECTICUT GENERAL LIFE INSURANCE COMPANY; ALLTEL TELEPHONE SERVICES LONG TERM DISABILITY PLAN, | |
| Defendants. | |

1         WHEREAS, the Complaint in this case includes a Third Claim for Relief that seeks discretionary statutory penalties under ERISA against Defendant Alltel Telephone Services Long Term Disability Plan ("Alltel Plan") and other Defendants; and

        WHEREAS, the issues raised by that Third Claim for Relief are distinct from the issues raised by Plaintiff's First and Second Claims for Relief directed at the Alltel Plan and other Defendants, and

        WHEREAS, pursuant to an agreement between Plaintiff and the Alltel Plan, Plaintiff does not intend to pursue her Third Claim for Relief as against the Alltel Plan; and

        WHEREAS, Plaintiff and the Alltel Plan now seek to facilitate the dismissal of that claim as against the Alltel Plan so as to simplify the present action; and

        WHEREAS, in light of the expedited schedule in this case, the interests of judicial economy and efficiency will be served by voluntarily dismissing the Third Claim as to the Alltel Plan by means of this Stipulation rather than amending the Complaint to eliminate said claim;

        IT IS HEREBY STIPULATED, by and between Plaintiff and the Alltel Plan, as follows:

1.    Plaintiff's Third Claim for Relief against the Alltel Plan shall be dismissed without prejudice as against the Alltel Plan. Dismissal of said Claim shall not have any impact or prejudice to Plaintiff's claims as against Defendants other than the Alltel Plan;

2.    Plaintiff and the Alltel Plan shall each bear its own costs and attorney's fees regarding the Third Claim for Relief; provided, however, that this Stipulation shall not impact in any way Plaintiff's rights, if any, regarding recovery of costs or attorney's fees in connection with Plaintiff's First or Second Claims for Relief or her Third Claim for Relief as against the remaining defendants.

Dated: June 11, 2007                                     BAUM & WEEMS

                                               By:   /s/ Julian M. Baum
                                                      JULIAN M. BAUM
                                                      Attorneys for Plaintiff
                                                      ILENE P. KING

| | |
|---|---|
| Dated: June 12, 2007 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | By:  /s/ George A. Yuhas  <br>     GEORGE A. YUHAS <br>     Attorneys for Defendant <br>     ALLTEL TELEPHONE SERVICES <br>     LONG TERM DISABILITY PLAN |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

   /s/ George A. Yuhas
      GEORGE A. YUHAS

**PURSUANT TO STIPULATION,**

**IT IS SO ORDERED.**

Dated: June 13, 2007

_____
Honorable Claudia Wilken
United States District Court Judge

OHS West:260237270.2               - 2 -               STIPULATION AND ORDER DISMISSING THIRD CLAIM FOR RELIEF AS AGAINST ALLTEL
C06-07025